# THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA,**

    **Appellee,**

**v.**

            **APPEAL NO. 21-4**

**JOHN WESTLEY BLACK, III,**

    **Appellant.**

## UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE OPENING BRIEF

Comes now, the Appellant, John Westley Black, through counsel, L. Richard Walker, First Assistant Federal Public Defender, and Nicholas J. Compton, Assistant Federal Public Defender, pursuant to Federal Rules of Appellate Procedure 26(b), respectfully filing this Unopposed Motion to Extend the Deadline to File the Memorandum Opening Brief in this matter. The Appellant respectfully requests an addition seven (7) days to file the memorandum opening brief with proportional extensions for the response and reply briefs.

In support, Mr. Black relies upon the following grounds:

1. By Order of the Court, Mr. Black's Memorandum Opening Brief must be filed on or before March 12, 2021. Undersigned counsel believes that additional

time will be necessary in order to properly prepare the Memorandum Opening Brief.

    2.    As the Court is aware, this is a death-eligible case. Mr. Black is facing very serious charges that, by statute, can carry the ultimate punishment under federal law. The United States has not yet made a decision as to whether it will seek the death penalty. No trial date has been set in this case. Given the seriousness of the charges and the length of time this case is likely to remain pending, Counsel would like additional time to review the transcripts of the original detention hearing, review the previous filings of the parties, review the Orders of the Magistrate Court and District Court, and prepare a fully-developed memorandum brief for the Appellate Court.

    3.    The United States, represented by AUSA Kimberley D. Crockett, does **not oppose** this request for additional time or the proposed briefing schedule outlined below.

    4.    The parties suggest the following extended, but still expedited, timeline: Memorandum Opening Brief due no later than March 19, 2021; Memorandum Response Brief due no later than March 26, 2021; and Reply Brief due no later than March 31, 2021.

WHEREFORE, Appellant respectfully requests the Court grant the requested extension and adopt the proposed briefing schedule above.

Respectfully submitted,

**JOHN WESTLEY BLACK, III**

By: s/ *L. Richard Walker*
L. Richard Walker
Attorney for Appellant
WV State Bar ID 9580
320 W. Pike St., Suite 360
Clarksburg, WV 26302
Tel. (304) 622-3823
E-Mail. Richard_Walker@fd.org

By: s/*Nicholas J. Compton*
Nicholas J. Compton
Attorney for Defendant
WV State Bar ID 11056
651 Foxcroft Avenue, Suite 202
Martinsburg, West Virginia 25401
Tel. (304) 260-9421
Fax. (304) 260-3716
E-Mail. Nicholas_Compton@fd.org

## CERTIFICATION OF SERVICE

I hereby certify that on March 9, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the CM/ECF system, which will send notification of such filing to the following CM/ECF user:

**Kimberley D. Crockett**
U.S. Attorney's Office – Martinsburg, WV

By:  s/ *L. Richard Walker*
L. Richard Walker
Attorney for Appellant
WV State Bar ID 9580
Federal Public Defender Office
Huntingdon Bank Building
320 W. Pike St., Suite 360
Clarksburg, WV 26302
Tel. (304) 622-3823
E-Mail. Richard_Walker@fd.org

By:  s/*Nicholas J. Compton*
Nicholas J. Compton
Attorney for Defendant
WV State Bar ID 11056
651 Foxcroft Avenue, Suite 202
Martinsburg, West Virginia 25401
Tel. (304) 260-9421
Fax. (304) 260-3716
E-Mail. Nicholas_Compton@fd.org