FILED: March 11, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4
(3:20-cr-00046-GMG-RWT-4)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JOHN WESTLEY BLACK, III

      Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Memorandum opening brief due: 03/19/2021

Memorandum response brief due: 03/26/2021

Any memorandum reply brief: 03/31/2021

For the Court--By Direction

/s/ Patricia S. Connor, Clerk